July 19, 1867.

**CHAP. XXVIII.** — *An Act for the Relief of certain Soldiers and Sailors therein designated.*

Certain soldiers and sailors not to be deemed deserters from the army or navy, so as to lose their citizenship.

Forfeitures of pay, &c. not remitted.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That no soldier or sailor shall be taken or held to be a deserter from the army or navy who faithfully served according to his enlistment until the nineteenth day of April, eighteen hundred and sixty-five, and who, without proper authority or leave first obtained, did quit his command or refuse to serve after said date; but nothing herein contained shall operate as a remission of any forfeiture incurred by any such soldier or sailor of his pay, bounty, pension, or other allowances, but this act shall be construed solely as a removal of any disability such soldier or sailor may have incurred by the loss of his citizenship in consequence of his desertion.

APPROVED, July 19, 1867.

---

July 19, 1867.

**CHAP. XXIX.** — *An Act to establish certain Post-Roads.*

Post roads established in Maine.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following be established as post routes:

MAINE.

From Kennebunk, via Kennebunkport, to Cape Neddick.
From Biddeford to Saco Pool.

APPROVED, July 19, 1867.

RECEIVED
APR - 3 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

---

July 19, 1867.

1867, ch. 153.
Vol. xiv. p. 428.
*Ante*, p. 2.
*Post*, pp. 29, 30.

Meaning of chap. 153 of acts of 1867, &c. declared.

Governments in certain rebel states declared not to be legal.

**CHAP. XXX.** — *An Act supplementary to an Act entitled "An Act to provide for the more efficient Government of the Rebel States," passed on the second day of March, eighteen hundred and sixty-seven, and the Act supplementary thereto, passed on the twenty-third day of March, eighteen hundred and sixty-seven.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That it is hereby declared to have been the true intent and meaning of the act of the second day of March, one thousand eight hundred and sixty-seven, entitled "An act to provide for the more efficient government of the rebel States," and of the act supplementary thereto, passed on the twenty-third day of March, in the year one thousand eight hundred and sixty-seven, that the governments then existing in the rebel States of Virginia, North Carolina, South Carolina, Georgia, Mississippi, Alabama, Louisiana, Florida, Texas, and Arkansas were not legal State governments; and that thereafter said governments, if continued, were to be continued subject in all respects to the military commanders of the respective districts, and to the paramount authority of Congress.

Commander of district may suspend or remove any civil or military officer, subject, &c. and may appoint to the vacancy.

SEC. 2. *And be it further enacted,* That the commander of any district named in said act shall have power, subject to the disapproval of the General of the army of the United States, and to have effect till disapproved, whenever in the opinion of such commander the proper administration of said act shall require it, to suspend or remove from office, or from the performance of official duties and the exercise of official powers, any officer or person holding or exercising, or professing to hold or exercise, any civil or military office or duty in such district under any power, election, appointment or authority derived from, or granted by, or claimed under, any so-called State or the government thereof, or any municipal or other division thereof, and upon such suspension or removal such commander, subject to the disapproval of the General as aforesaid, shall have power to provide [...] ance of the said duties of such officer or [...] by the detail of some competent officer [...] appointment of some other person, to [...] acancies occasioned by death, resignatio[n...]

**Exhibit Two**
Three Pages

Case 1:06-cv-00008-JWS    Document 1-3    Filed 04/03/2006    Page 2 of 3

FORTIETH CONGRESS. Sess. I. Ch. 30. 1867.    15

Sec. 3. *And be it further enacted*, That the General of the army of the United States shall be invested with all the powers of suspension, removal, appointment, and detail granted in the preceding section to district commanders.

*The general of the army invested with power to remove, appoint, &c.*

Sec. 4. *And be it further enacted*, That the acts of the officers of the army already done in removing in said districts persons exercising the functions of civil officers, and appointing others in their stead, are hereby confirmed: *Provided*, That any person heretofore or hereafter appointed by any district commander to exercise the functions of any civil office, may be removed either by the military officer in command of the district, or by the General of the army. And it shall be the duty of such commander to remove from office as aforesaid, all persons who are disloyal to the government of the United States, or who use their official influence in any manner to hinder, delay, prevent, or obstruct the due and proper administration of this act and the acts to which it is supplementary.

*Certain acts of army officers in the military districts confirmed.*
*Provisions as to removals.*

Sec. 5. *And be it further enacted*, That the boards of registration provided for in the act entitled "An act supplementary to an act entitled 'An act to provide for the more efficient government of the rebel States,' passed March two, eighteen hundred and sixty-seven, and to facilitate restoration," passed March twenty-three, eighteen hundred and sixty-seven, shall have power, and it shall be their duty before allowing the registration of any person, to ascertain, upon such facts or information as they can obtain, whether such person is entitled to be registered under said act, and the oath required by said act shall not be conclusive on such question, and no person shall be registered unless such board shall decide that he is entitled thereto; and such board shall also have power to examine, under oath, (to be administered by any member of such board,) any one touching the qualification of any person claiming registration; but in every case of refusal by the board to register an applicant, and in every case of striking his name from the list as hereinafter provided, the board shall make a note or memorandum, which shall be returned with the registration list to the commanding general of the district, setting forth the grounds of such refusal or such striking from the list: *Provided*, That no person shall be disqualified as member of any board of registration by reason of race or color.

*Duties and powers of boards of registration.*
*Ante, p. 8.*

*Race or color not to disqualify for membership of the board.*

Sec. 6. *And be it further enacted*, That the true intent and meaning of the oath prescribed in said supplementary act is, (among other things,) that no person who has been a member of the legislature of any State, or who has held any executive or judicial office in any State, whether he has taken an oath to support the Constitution of the United States or not, and whether he was holding such office at the commencement of the rebellion, or had held it before, and who has afterwards engaged in insurrection or rebellion against the United States, or given aid or comfort to the enemies thereof, is entitled to be registered or to vote; and the words "executive or judicial office in any State" in said oath mentioned shall be construed to include all civil offices created by law for the administration of any general law of a State, or for the administration of justice.

*Intent of the oath prescribed. Ante, p. 2.*

Sec. 7. *And be it further enacted*, That the time for completing the original registration provided for in said act may, in the discretion of the commander of any district be extended to the first day of October, eighteen hundred and sixty-seven; and the boards of registration shall have power, and it shall be their duty, commencing fourteen days prior to any election under said act, and upon reasonable public notice of the time and place thereof, to revise, for a period of five days, the registration lists, and upon being satisfied that any person not entitled thereto has been registered, to strike the name of such person from the list, and such person shall not be allowed to vote. And such board shall also, during the same period, add to such registry the names of all persons who at that time possess the qualifications required by said act who have not been

*Time of completing registration may be extended.*
*Registration lists may be revised.*
*Names of other persons may be added.*

| | |
|---|---|
| Executive pardons, &c. not to remove disqualification from voting. | already registered; and no person shall, at any time, be entitled to be registered or to vote by reason of any executive pardon or amnesty for any act or thing which, without such pardon or amnesty, would disqualify him from registration or voting. |
| Members of board of registration may be removed, and vacancies filled. | SEC. 8. *And be it further enacted,* That section four of said last-named act shall be construed to authorize the commanding general named therein, whenever he shall deem it needful, to remove any member of a board of registration and to appoint another in his stead, and to fill any vacancy in such board. |
| Those elected or appointed to office in the military districts to take the oath. | SEC. 9. *And be it further enacted,* That all members of said boards of registration and all persons hereafter elected or appointed to office in said military districts, under any so-called State or municipal authority, or by detail or appointment of the district commanders, shall be required to take and to subscribe the oath of office prescribed by law for officers of the United States. |
| Opinions of civil officers not to affect action of district commanders, &c. | SEC. 10. *And be it further enacted,* That no district commander or member of the board of registration, or any of the officers or appointees acting under them, shall be bound in his action by any opinion of any civil officer of the United States. |
| Provisions of these acts, how to be construed. | SEC. 11. *And be it further enacted,* That all the provisions of this act and of the acts to which this is supplementary shall be construed liberally, to the end that all the intents thereof may be fully and perfectly carried out. |

SCHUYLER COLFAX,
*Speaker of the House of Representatives.*
B. F. WADE,
*President of the Senate pro tempore.*

IN THE HOUSE OF REPRESENTATIVES, U. S.,
July 19th, 1867.

The President of the United States, having returned to the House of Representatives, in which it originated, the bill entitled "An act supplementary to an act entitled 'An act to provide for the more efficient government of the rebel States,' passed on the second day of March, eighteen hundred and sixty-seven, and the act supplementary thereto passed on the twenty-third day of March, eighteen hundred and sixty-seven," with his objections thereto, the House of Representatives proceeded, in pursuance of the Constitution, to reconsider the same; and

*Resolved,* That the bill do pass, two-thirds of the House of Representatives agreeing to pass the same.

Attest:                                              EDWD. McPHERSON,
*Clerk H. R. U. S.*

IN THE SENATE OF THE UNITED STATES,
July 19, 1867.

The Senate having proceeded, in pursuance of the Constitution, to reconsider the bill entitled "An act supplementary to an act entitled 'An act to provide for the more efficient government of the rebel States,' passed on the second day of March, eighteen hundred and sixty-seven, and the act supplementary thereto, passed on the twenty-third day of March, eighteen hundred and sixty-seven," returned to the House of Representatives by the President of the United States, with his objections, and sent by the House of Representatives to the Senate, with the message of the President returning the bill:

*Resolved,* That the bill do pass, two-thirds of the Senate agreeing to pass the same.

Attest:                                              J. W. FORNEY,
*Secretary,*
By W. J. McDONALD,
*Chief Clerk.*