# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RECEIVED

APR - 3 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Gordon Warren Epperly
P.O. Box 34358
Juneau, Alaska  99803

Telephone:  (907) 789-5659

1:06-cv-00008-JWS

Gordon Warren Epperly,                )
                         Plaintiff,   )
                                        )
             vs.,                         )
                                          )
United States Congress,              )
                     Defendant.  )
                                          )

J06-0008 CV (JWS)

Case No. J06-_____ CV

Exhibits In Support Of Complaint

| Exhibit One | U.S. Statutes At Large THIRTY-NINTH CONGRESS. Sess. II, Ch. 153. |
|---|---|
| Exhibit Two | U.S. Statutes At Large FORTIETH CONGRESS. Sess. I. Ch. 30. |
| Exhibit Three | Letters to Members of U.S. House Sub-Committee on the Constitution. |
| Exhibit Four | Letters to Members of U.S. Senate Sub-Committee on the Constitution. |
| Exhibit Five | Letter of Mr. Consuelo Pachon for the U.S. Secretary of State. |