**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

GORDON WARREN EPPERLY,

    Plaintiff,

                                    Case Number 1:06-cv-00008-JWS

v.

UNITED STATES CONGRESS,

    Defendant.                **JUDGMENT IN A CIVIL CASE**

\_\_\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT this action is DISMISSED with prejudice.

APPROVED:

 /s/
JOHN W. SEDWICK
United States District Judge

                                                    Ida Romack
  April 17, 2006             Clerk of Court
Date

[epperly judgment.wpd]{JMT.WPT*Rev.1/97}