# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

RECEIVED

APR 2 4 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Gordon Warren Epperly
c/o P.O. Box 34358
Juneau, Alaska [99803]

Telephone: (907) 789-5659

|  |  |  |
|---|---|---|
| Gordon Warren Epperly,<br>Plaintiff,<br>vs.,<br>Congress of the United States,<br>(United States)<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:06-CV-00008-JWS<br><br>Letter of Inquiry |

Honorable Judge John W. Sedwick

I am in receipt of your Order to dismiss my case with prejudice. As you have qualified your Court Order as being dismissed with prejudice, I am left confused in that your Order appears to be final and is not subject to review. If I have misread your Court Order in that I may not Motion the Court for Reconsideration or amend my Pleadings if I so desire, please advise.

From reading your Court Order, it appears you have made a conclusion of law that I have made statements of fact in my Complaint that cannot be proved. I am not sure how you come to this conclusion when you have no record of any hearings or motions before the Court. Since when does the Plaintiff have to prove the facts of his case within his Complaint?

I have enclosed two Computer Diskettes containing the record of the U.S. Constitution, 14th Amendment and the Reconstruction Acts of 1867. These Computer Diskettes have PDF Files of the public records that are in my possession and I believe these public records prove the facts of my case. What is on these Computer Diskettes is posted on the Internet.

I apologize if my Complaint is not in the format of your liking, but I am not aware of a set standard of presentation of a Complaint. With do respect, I believe my case is justifiable.

As of the date of this letter of inquiry, there is no record in the Court of any service of Summons and Complaint upon the Defendants. As there is an absence of record of service, your Court Order will deny the Plaintiff of his rights to an Appeal.

Dated this twenty-fourth day of the month of April, in the year of our Lord Jesus Christ, Two Thousand and Six.

                                                               Sincerely Yours

                                                               *Gordon Warren Epperly*

                                                               Gordon Warren Epperly

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Gordon Warren Epperly
c/o P.O. Box 34358
Juneau, Alaska [99803]

Telephone: (907) 789-5659

|  |  |
|---|---|
| Gordon Warren Epperly,<br>                      Plaintiff,<br>vs.,<br>Congress of the United States,<br>    (United States)<br>                     Defendant. | Case No. 1:06-CV-00008-JWS<br><br>Certificate of Mailing |

Comes now the Plaintiff, Gordon Warren Epperly, hereby states under the penalties of perjury, that true and correct copies of Plaintiff's letter of inquiry and two computer diskettes on the U.S. Constitution, 14th Amendment, and Reconstruction Acts of 1867 were delivered to the Counsel for the Defendants at:

| | |
|---|---|
| Office of U.S. Attorney<br>Civil Process Clerk<br>Federal Building and U.S. Courthouse<br>222 West 7th Ave, Room 253, #9<br>Anchorage, Alaska 99513 | Attorney General Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |

by placing said items in a proper stamped envelope and delivering the envelope to the United States Postal Service for mailing.

Certificate of Mailing – Page One of Two

Dated this twenty-fourth day of the month of April, in the year of our Lord Jesus Christ, Two Thousand and Six.

_____
Gordon Warren Epperly - Plaintiff

Certificate of Mailing – Page Two of Two