**NOTICE OF NON-COMPLIANCE WITH RULES**

U.S. District Court, Office of the Clerk, P.O. Box 020349, Juneau, AK 99802 (907) 586-7458

| | |
|---|---|
| To:   Gordon Warren Epperly | Case Number:   1:06-cv-00008-JWS |
| c/o P.O. Box 34358 | Case Title:   Epperly v U.S. Congress |
| Juneau, AK 99803 | Docket No: |

Document Title:   Diskette 1 of 2 and Diskette 2 of 2 entitled The Amendment That Never Existed referencing the letter of inquiry filed on April 24, 2006

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

*************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed
___ Depositions are not routinely filed

___ Pursuant to Court Order
XX  OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

*************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed

___ OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed

*************************************************************************************************

**Comments:**   Pursuant to the District of Alaska Local Rule 10.1(c)(3)[B] exhibits are to easily accessible and readable. Pursuant to District of Alaska Local Rule 7.1(a)(4)[B] bulky exhibits must have leave of court for submission of the exhibit. A motion for leave to file the diskettes must be submitted before we can accept the diskettes.

Name:   Pam Richter                                                              Date:   **April 25, 2006**