IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GORDON WARREN EPPERLY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CONGRESS,<br><br>Defendants. | Case No. 1:06-cv-00008-JWS<br><br>ORDER OF DISMISSAL |

Gordon Warren Epperly, representing himself, has filed a complaint seeking "judicial review of federal enactments of law such as the Reconstruction Acts of 1987."[1] Mr. Epperly currently complains that, in 1967-1968, it was unconstitutional to "grant the Colored People the 'Rights of Suffrage' within any state and within the United States,'"[2] and seeks a declaration regarding, *inter alia*, "the authority relied

---

[1] Docket No. 1. Mr. Epperly has previously filed several civil actions in this Court. See Case Nos. J82-0001 CV, J83-0011 CV, J87-0019 CV, J88-0009 CV, J90-0010 CV, J97-0025 CV.

[2] Docket No. 1 at 12.

upon by the Congress of 1967 to allow Negroes to exercise political rights of holding public office" and "to exercise the political rights of suffrage."[3]

"[A] complaint . . . is frivolous where it lacks an arguable basis either in law or in fact."[4] Mr. Epperly's claims, as stated, are frivolous.

**IT IS HEREBY ORDERED** that:

This action is DISMISSED with prejudice.

DATED this 14th day of April, 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge

---

[3] *Id.* at 18.

[4] *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Martin v. Sias*, 88 F.3d 774, 775 (9th Cir. 1996); *Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995).