AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT

MAY 0 1 2006

for the _____ District of _____ Alaska

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Gordon Warren Epperly

V.

Congress of the United States (United States)

**SUMMONS IN A CIVIL ACTION**

1:06-0008 CV (JWS)

CASE NUMBER:   J06-_____CV

TO: (Name and address of Defendant)

Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gordon Warren Epperly
c/o P.O. Box 34358
Juneau, Alaska [99803]

an answer to the complaint which is served on you with this summons, within ____Sixty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

APR 3 2006

CLERK

DATE

(By) DEPUTY CLERK

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE   April 4th 2006 |
| NAME OF SERVER *(PRINT)* Esther Katherine Epperly | TITLE   N/A |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   F.R.C.P. Rule 4(i)(1)(B) Summons
   Service of Plaintiff's Complaint with Exhibits and Summons was made by Certified Mail.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL   N/A | SERVICES   N/A | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/06
                 *Date*

*Signature of Server*   Esther K. Epperly

*Address of Server*   Box 34358 Juneau, AK 99803

True and Correct copies of Plaintiff's Complaint with Exhibits and Summons were Certified Mailed to Speaker of House and Senate of Congress.

**Certified Mail Receipts**
Back Of Page
Originals Back Page Of
Summons U.S. Attorney

deral Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7003 1010 0002 5573 4644
Detailed Results:
- **Delivered, April 11, 2006, 4:37 am, WASHINGTON, DC 20530**
- **Notice Left, April 11, 2006, 1:06 am, WASHINGTON, DC 20530**
- **Acceptance, April 04, 2006, 5:25 pm, JUNEAU, AK 99803**

*< Back*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  *Go >*

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

U.S. ATTORNEY GENERAL

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do   4/16/2006


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0002 5573 4620**
Detailed Results:

- **Delivered, April 11, 2006, 8:30 am, WASHINGTON, DC 20515**
- **Arrival at Unit, April 11, 2006, 1:48 am, WASHINGTON, DC 20022**
- **Acceptance, April 04, 2006, 5:24 pm, JUNEAU, AK 99803**

*< Back*                    *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Kendrick Foster  C. Date of Delivery 4/3/06 |
| 1. Article Addressed to:<br><br>**The Honorable Ted Stevens**<br>U. S. Senate President Pro Tempor<br>522 Hart Senate Office Building<br>Washington, D.C. 20510 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7003 1010 0002 5573 4637 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540