## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*GORDON WARREN EPPERLY*    v.    *U.S. CONGRESS*

THE HONORABLE JOHN W. SEDWICK             CASE NO. 1:06-cv-00008 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: May 4, 2006

    At docket 5, plaintiff moves for clarification. The motion at docket 5 is **GRANTED** as follows: Plaintiff is advised that the order at docket 3 does not foreclose plaintiff's ability to request reconsideration, nor his right to appeal this court's decision to the United States Court of Appeals for the Ninth Circuit.

    At docket 7, plaintiff moves for reconsideration. Upon review the motion at docket 7 is found to be without merit. The motion at docket 7 is **DENIED**.

    This court will entertain no further motions for reconsideration. If plaintiff believes that this court has erred, his remedy is to take an appeal to the United States Court of Appeals for the Ninth Circuit.